IN OPEN COURT

DEC 1 3 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
            v.                    )        Case No. 1:13-cr-436
                                  )
SAMUEL GOINES                     )
      a/k/a "Glenn Council"       )
      a/k/a "Samuel Goins"        )
                                  )
            Defendant.            )

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following

facts beyond a reasonable doubt:

1.      SunTrust Bank and TD Bank, N.A. ("TD Bank") operated in the Washington

D.C. metropolitan area, including in the Eastern District of Virginia. The deposits of SunTrust

Bank and TD Bank were insured by the Federal Deposit Insurance Corporation. As such,

SunTrust Bank and TD Bank were financial institutions within the meaning of 18 U.S.C. § 20.

2.      Starting no later than in or about October 2011, through in or about September

2013, in the Eastern District of Virginia and elsewhere, the defendant, SAMUEL GOINES, did

knowingly and unlawfully conspire with others, both known and unknown, to commit bank

fraud, in violation of Title 18, United States Code, Section 1344; that is, GOINES knowingly and

unlawfully conspired with others, both known and unknown, to execute a scheme and artifice to

defraud financial institutions, including SunTrust Bank and TD Bank, and to obtain moneys and

funds under the custody and control of those financial institutions by means of materially false

and fraudulent pretenses and representations.

3.     GOINES and his co-conspirators employed various manners and means in furtherance of the conspiracy and scheme and artifice to defraud, including the following:

   a.  GOINES and his co-conspirators opened bank accounts at federally insured banks in the names of various businesses.

   b.  GOINES and his co-conspirators deposited stolen and counterfeit checks into the business bank accounts.  GOINES and his co-conspirators also caused unauthorized wire transfers into the business bank accounts.

   c.  Once the business bank accounts were funded by check or wire, GOINES and his co-conspirators cashed checks in the names of various individuals that were drawn from the business bank accounts.  GOINES and his co-conspirators cashed the checks by presenting fake identifications matching the names of the individual payees.

4.     GOINES and his co-conspirators committed overt acts in furtherance of the conspiracy, including the following:

SunTrust Bank

   a.  On or about June 4, 2013, GOINES opened a business bank account with an account number ending in 3132 at a SunTrust Bank in Silver Spring, Maryland. GOINES falsely claimed to be the CEO and President of the business during the account opening and presented a fake driver's license in the name of S.D. GOINES then deposited a stolen check in the amount of $90,509 into the account.

   b.  On or about June 12, 2013, GOINES returned to the same SunTrust Bank in Silver Spring, Maryland.  GOINES again presented a fake driver's license in the

name of S.D. and cashed a check made out to S.D. for $250.00 that was drawn on the SunTrust Bank account ending in 3132.

c. On or about June 12, 2013, GOINES again returned to the same SunTrust Bank in Silver Spring, Maryland. GOINES withdrew $5,000.00 in cash from SunTrust Bank account ending in 3132. GOINES also caused the bank to issue official checks from SunTrust Bank account ending in 3132, payable as follows:

| Payee | Amount |
|-------|--------|
| T.C. | $8,018.47 |
| C.J. | $5,884.92 |
| J.D. | $7,109.61 |
| C.M. | $6,938.13 |
| B.J. | $7,748.52 |
| T.M. | $7,329.47 |
| N.P. | $6,827.16 |
| D.P. | $5,971.98 |

d. On or about June 13, 2013, GOINES went to the SunTrust Bank locations identified below, all within the Eastern District of Virginia, and cashed official checks from SunTrust Bank account ending in 3132. In each transaction described below, GOINES presented a fake driver's license bearing the name of the payee.

| SunTrust Bank Location | Payee | Amount |
|------------------------|-------|--------|
| 5922 Richmond Highway Alexandria, Virginia | T.C. | $8,018.47 |
| 515 King Street Alexandria, Virginia | C.J. | $5,884.92 |
| 1650 King Street Alexandria, Virginia | J.D. | $7,109.61 |
| 3610H King Street Alexandria, Virginia | C.M. | $6,938.13 |
| 6300 Leesburg Pike Falls Church, Virginia | B.J. | $7,748.52 |

3

| | | |
|---|---|---|
| 603 W Broad Street Falls Church, Virginia | T.M. | $7,329.47 |
| 8219 Leesburg Pike Vienna, Virginia | N.P. | $6,827.16 |
| 515 Maple Avenue East Vienna, Virginia | D.P. | $5,971.98 |

e. On or about August 15, 2013, a co-conspirator opened a business bank account with an account number ending in 3785 at a TD Bank located in Hyattsville, Maryland.

## TD Bank

f. On or about September 16, 2013, a co-conspirator caused an unauthorized wire transfer in the amount of $78,560.35 into TD Bank account ending in 3785.

g. On or about September 17, 2013, GOINES went to the TD Bank locations identified below, all within the Eastern District of Virginia, and cashed checks drawn against TD bank account ending in 3785. In each transaction described below, GOINES presented a fake driver's license bearing the name of the payee.

| TD Bank Location | Payee | Amount |
|---|---|---|
| 6615 Richmond Highway Alexandria, Virginia | B.J. | $6,351.18 |
| 557 South Van Dorn Street Alexandria, Virginia | T.M. | $6,474.81 |
| 3101 Wilson Boulevard Arlington, Virginia | C.M. | $6,289.63 |
| 5510 Lee Highway Arlington, Virginia | N.P. | $6,534.16 |

h. On or about September 18, 2013, GOINES went to the TD Bank locations identified below, all within the Eastern District of Virginia, and cashed checks drawn against TD bank account ending in 3785. In each transaction described below, GOINES presented a fake driver's license bearing the name of the payee.

4

| TD Bank Location | Payee | Amount |
|---|---|---|
| 308 Maple Avenue East Vienna, Virginia | D.P. | $6,725.37 |
| 2070 Chain Bridge Road Vienna, Virginia | R.S. | $6,725.37 |

i. On or about September 18, 2013, GOINES went to the TD Bank located at 11098 Fairfax Boulevard, Fairfax, Virginia, within the Eastern District of Virginia, and attempted to cash a check drawn against TD bank account ending in 3785 that was made out to J.D. in the amount of $7,843.73. When a TD Bank employee became suspicious and did not immediately cash the check, GOINES left the bank.

### Other Conduct

5.     GOINES committed additional conduct in furtherance of the conspiracy. In total, at least $539,187.36 actual losses were caused by GOINES and his co-conspirators and were foreseeable to GOINES. These losses were suffered by the following entities in the following amounts:

| | |
|---|---|
| Alliance Bank | $281,420.19 |
| BB&T | $124,384.41 |
| Citibank | $33,204.00 |
| FSU Federal Credit Union | $39,100.50 |
| Wesley Parcview LLC | $61,078.26 |

6.     GOINES possessed and used authentication features (namely, holograms and watermarks on fake driver's licenses) during and in furtherance of the conspiracy.

## Obstruction of Justice

7.     On or about October 9, 2013, GOINES was arrested for bank fraud and was interviewed by law enforcement authorities regarding the conduct described above.  During the interview, law enforcement authorities showed GOINES images of suspected co-conspirators.

8.     On or about October 10, 2013, within the Eastern District of Virginia, GOINES did corruptly obstruct and influence and impede an official proceeding, to wit: a federal grand jury investigation, to wit:  GOINES called a co-conspirator and told him that GOINES had been arrested.  GOINES then told his co-conspirator that authorities had discovered both the SunTrust and the TD Bank conduct, that authorities had images of GOINES committing the crimes, and that authorities had an image of the co-conspirator but did not know his name.  GOINES instructed his co-conspirator to "change your phone number," "get new stuff," and "set up everything new."

## Concluding Statements

9.     The acts described above were done willfully and knowingly and with the specific intent to violate the law, and not by accident, mistake, inadvertence, or other innocent reason.

10.     This Statement of Facts does not contain each and every fact known to the defendant and to the United States concerning the defendant's involvement in the charges set forth in the plea agreement.


Dana J. Boente
Acting United States Attorney


By: _____
Kosta S. Stojilkovic
Assistant United States Attorney

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
kosta.stojilkovic@usdoj.gov

7

Defendant's Stipulation and Signature

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, SAMUEL GOINES, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

SAMUEL GOINES

Defense Counsel's Signature

I am the attorney representing SAMUEL GOINES.  I have had the above Statement of Facts read to him in Spanish and have carefully reviewed it with him.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Geremy Kamens
Counsel for the Defendant

8